IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSHUA-SHARP-LEE,<br><br>*Plaintiff,*<br><br>v.<br><br>ZARA USA, INC.; ZARA RETAIL STORE-MEMORIAL CITY MALL; MEMORIAL CITY MALL GP, LLC; and JOHN DOE EMPLOYEES 1-5,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 4:26:cv-06074 |

**PLAINTIFF JOSHUA SHARP-LEE**
**<u>CERTIFICATE OF INTERESTED PARTIES</u>**

Pursuant to Order for Conference and Disclosure of Interested Parties entered July 30, 2026 (D.E. 4), Plaintiff Joshua Sharp-Lee files this certificate listing the persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities that they know are financially interested in the outcome of this litigation:

1. Joshua Sharp-Lee
   c/o Renee Walker
   LLG NATIONAL LAW GROUP
   3003 N. Central Ave., Ste 685
   Phoenix, AZ 85012
   Tel: (888) 826-6569
   renee.walker@llgnational.com

   Plaintiff Joshua Sharp-Lee is a resident of the State of Arizona.

2. Zara USA, Inc.
c/o Joseph A. Ziemianski
Steven M. Moreno
COZEN O'CONNOR
811 Main Street, Suite 2000
Houston, Texas 77002
Tel: (832) 214-3900
Fax: (832) 214-3905
jziemianski@cozen.com
smmoreno@cozen.com

Defendant Zara USA, Inc. (also named and sued as "Zara Retail Store-Memorial City Mall" by Plaintiff ) according to Defendant is a corporation with its principle place of business in New York, New York. Industria de Diseño Textil, S.A. ("Inditex") is the ultimate parent corporation of Zara USA, Inc. Inditex is a publicly traded corporation. No other publicly held corporation owns 10% or more of Zara USA, Inc.'s stock.

3. Zara Retail Store-Memorial City Mall

Defendant Zara USA, Inc. is unaware of any corporation, limited liability company, or other legal entity known as "Zara Retail Store–Memorial City Mall" that is separate from Zara USA, Inc. or otherwise capable of being sued.

4. Memorial City Mall GP, LLC
c/o Maria L. Fox
FEE SMITH & SHARP, LLP
2777 Allen Parkway, Suite 800
Houston, Texas 77019
Tel: (713) 362-8307
Fax: (713) 362-8302
mfox@feesmith.com

Defendant Memorial City Mall GP, LLC has already appeared and answered in this lawsuit.

5. John Doe Employees 1-5

Defendants John Doe Employees 1-5 are unidentified individuals named in Plaintiff's Complaint. To Plaintiff's knowledge, no John Doe Defendant has been identified, served, answered, or otherwise appeared in this action.

6. At this juncture there are no other known parties with a financial interest in the outcome of this action. If new parties are identified or added, this certificate will be amended pursuant to the Court's order.

Respectfully submitted,

*/s/ Renee Walker*
LLG National Law Group

Renee Walker

SBNo 16958480

3003 North Central Ave.

Ste 685 Phoenix AZ85012

Ph888-363-0011

ATTORNEYS FOR PLAINTIFF

JOSHUA SHARP-LEE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, a true and correct copy of the forgoing document has been served on the following counsel of record in accordance with the Federal Rules of Civil Procedure:

Steven Moreno
smmoreno@cozen.com
***Attorney For Defendant ZARA USA, INC.***

Maria Fox
mfox@feesmith.com
Attorney for Memorial City Mall LP

*/s/ Renee Walker*
Renee Walker