# UNITED STATES DISTRICT COURT

for the

Southern District of Texas – Houston Division

| | | |
|---|---|---|
| JOSHUA SHARP-LEE<br>*Plaintiff*<br><br>**-v-**<br><br>ZARA USA, INC.; ZARA RETAIL STORE-MEMORIAL CITY MALL; MEMORIAL CITY MALL GP, LLC, and JOHN DOE EMPLOYEES 1–5,<br>*Defendants* | ) | C.A. No. 4:26-cv-06074 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO MEMORIAL CITY MALL AND MEMORIAL CITY MALL GP, LLC ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joshua T. Sharp-Lee and all other parties who have appeared in this action, through the undersigned counsel or on their own behalf if appearing pro se, stipulate that all claims asserted by Plaintiff against Defendants Memorial City Mall and Memorial City Mall GP, LLC in this action are dismissed WITHOUT PREJUDICE.

This stipulation dismisses Memorial City Mall GP, LLC only, there being no legal entity Memorial City Mall. Plaintiff's claims against Defendant ZARA USA, Inc. and ZARA

Retail Store remain pending and are not dismissed or otherwise affected by this stipulation. This stipulation does not dismiss any counterclaim, crossclaim, or third-party claim.

Each party shall bear its own costs and attorney's fees associated with the claims dismissed by this stipulation. This allocation does not address costs or attorney's fees concerning the claims remaining against Zara Retail.

Date: October 30, 2026

**AGREED AND STIPULATED:**

**Joshua T. Sharp-Lee**
*/s/ Renee Walker*
Renee Walker, Esquire
State Bar No. 16958480
LLG National Law Group
3003 North Central Avenue, Ste 685
Phoenix, AZ 85012
888-363-0011
Attorney for Joshua T. Sharp-Lee

**Memorial City Mall GP, LLC**

______________________

**MARIA L. FOX**
State Bar No.: 07335250
2777 Allen Parkway, Suite 800
Houston, Texas 77019
Telephone: (713) 362-8307
Facsimile: (713) 362-8302 Email: mfox@feesmith.com

**ATTORNEYS FOR DEFENDANT, MEMORIAL CITY MALL GP, LLC**

**ZARA USA Inc.; ZARA Retail Store**

__/s/ Stephen M. Moreno
Joseph A. Ziemianski

ATTORNEY-IN-CHARGE

S.D. Texas ID No. 25915

Texas Bar No. 00797732

Steven M. Moreno

S.D. Texas ID No. 3641907

Texas Bar No. 24034634

COZEN O'CONNOR

811 Main Street, Suite 2000

Houston, Texas 77002

Tel: (832) 214-3900

Fax: (832) 214-3905

jziemianski@cozen.com

smmoreno@cozen.com

*Counsel for Defendant,*

*Zara USA, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on October 30, 2026 a true and correct copy of this stipulation was served on all parties entitled to service by electronic filing.

*/s/ Renee Walker*
Renee Walker