United States District Court
Southern District of Texas
**ENTERED**
November 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSHUA SHARP-LEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-06074 |
| | § | |
| ZARA USA INC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL ON STIPULATION

Parties in the above styled and numbered cause of action have filed a Stipulation of Dismissal without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 18).

Accordingly, it is Ordered that this case is dismissed without prejudice, with each party to bear its own costs.

It is so ORDERED.

SIGNED on November 4, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge